# United States District Court

## DISTRICT OF DELAWARE

**JOHN MCCAFFERTY,**

   Plaintiff,

   v.

**ON-SITE SOURCING, INC.**
**a Delaware Corporation.**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 106

TO: (Name and Address of Defendant)
On-Site Sourcing, Inc.
c/o The Delaware Corporation Agency, Inc.
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary W. Aber, Esquire
702 King Street, Suite 600
Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

PETER T. DALLEO       February 22, 2005

CLERK              DATE

*[signature]*
BY DEPUTY CLERK

SUMMONS. USD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5/17/05 |
|---|---|
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: ON-SITE SOURCING, INC C/O THE DELAWARE CORPORATION AGENCY, INC AT 222 DELAWARE AVE. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY: SHARON CROST (PROCESS AGENT)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/17/05
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.