UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN MCCAFFERTY,** | ) |
| **Plaintiff,** | ) ) ) ) C.A. No. 05-106 |
| v. | ) ) Trial By Jury Demand |
| **ON-SITE SOURCING, INC.,** a Delaware Corporation, | ) ) ) |
| **Defendant.** | ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Brooke T. Iley, Esquire, of the law firm of Blank Rome LLP, to represent Defendant On-Site Sourcing, Inc. in this matter.

BLANK ROME LLP

By: _____
David K. Sheppard, Esquire
I.D. No. 4149
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400
Fax: (302) 425 6464
**Attorneys for Defendant
On-Site Sourcing, Inc.**

June 10, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____       _____
                                                              J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and the United States District Court for the District of Maryland, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: June ___, 2005

Signed: _____
Brooke T. Iley
Blank Rome LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
Telephone: (202) 772-5800
Fax: (202) 772-5858
Bar No. 23136

## CERTIFICATE OF SERVICE

I, David K. Sheppard, Esquire, hereby certify that on June 10, 2005, I caused to be served two copies of the **MOTION FOR ADMISSION PRO HAC VICE** on the following counsel:

### BY ELECTRONIC SERVICE

Gary W. Aber
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

David K. Sheppard
I.D. No. 4149