IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MCCAFFERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-106 (GMS) |
| v. ) | |
| ) | Trial By Jury Demanded |
| ON-SITE SOURCING, INC., ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The parties, after conferring, provide the Court with the following Status Report:

1. **Jurisdiction and Service:** The defendant denies jurisdiction in this matter. No defense as to improper service is made.

2. **Substance of the Action:** This is an action brought for breach of contract and failure to provide the plaintiff COBRA benefits under 29 U.S.C. §1161 et.seq. The breach of employment contract includes a claim for unpaid wages in violation of the Delaware State Wage and Payment Act, 19 Del.C. §1101 et.seq.

3. **Identification of Issues:** The factual issues that are in dispute are as follows:

    a. Whether the defendant had just cause within the meaning of the employment contract for the termination of the plaintiff's employment.

    b. Whether the plaintiff had any unpaid severance payment due him.

    c. Whether the plaintiff had any unpaid commissions due him.

    d. Whether the plaintiff had any unpaid vacation due him.

    e. Whether the defendant complied with the statutory obligations to provide COBRA benefits to the plaintiff.

4. **Narrowing of Issues:** The factual issues are such, that they cannot be narrowed prior to discovery. At the close of discovery, dispositive motions may resolve many of the issues.

5. **Relief:** The plaintiff seeks the following relief:

   a. $2,500 severance payment.

   b. $3,000 in unpaid commissions

   c. Unpaid vacation.

   d. Statutory Liquidated Damages under COBRA, 29 U.S.C. §1161 et.seq.

6. **Amendment of Pleadings:** At this time no amendment of pleadings are anticipated.

7. **Joinder of Parties:** At this time no joinder of parties are anticipated.

8. **Discovery:** It is anticipated that the defendant will wish to take the deposition of the plaintiff. The plaintiff will wish to take 30(b)(6) depositions of the defendants on issues surrounding the reasons why the plaintiff was discharged, and the failure to pay his severance pay and commissions, and the failure of the defendant to provide the plaintiff with the required notices under 29 U.S.C. §1162, 1165, 1166. It is also anticipated that the parties will conduct limited written discovery by way of interrogatories and requests for productions.

9. **Estimated Trial Length:** It is anticipated that this matter can be tried in two to three days.

10. **Jury Trial:** A jury trial has been requested.

11. **Settlement:** There have been preliminary settlement negotiations between the parties. A referral to the Magistrate may be beneficial.

12. No other matters are considered by the counsel to be necessary at this time.

13.   Counsel for the parties have conferred concerning this Status Conference Report.


ABER, GOLDLUST, BAKER & OVER

*/s/*

GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Plaintiff

BLANK ROME, LLP

*/s/*

DAVID K. SHEPPARD (DSB #4149)
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
Attorney for Defendant