LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
JOANNE A. SHALLCROSS**
SHAUNA T. HAGAN

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

July 20, 2005

**HAND DELIVER**
The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

RE: McCafferty v. On Site Sourcing
C.A. No.: 05-106 (GMS)

Dear Judge Sleet:

I am enclosing with this letter a courtesy copy of the Joint Status Report, which I have filed this day. I have been authorized by defense counsel to sign the document on behalf of both parties. The status conference in this matter is scheduled for Monday, July 25, 2005 at 11:00 a.m.

Yours very truly,

Gary W. Aber

GWA/mac
cc: David K. Sheppard, Esquire (By Facsimile)