## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MCCAFFERTY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-106-GMS |
| | : |
| ON-SITE SOURCING, INC., a Delaware corporation, | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **17th** day of **November, 2005**,

IT IS ORDERED that the mediation conference scheduled for Monday, February 13, 2006 beginning at 10:00 a.m. is canceled.


        /s/ Mary Pat Thynge
        UNITED STATES MAGISTRATE JUDGE