**UNITED STATES DISTRICT COURT**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **GREGORY M. SLEET**<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>844 KING STREET<br>LOCKBOX 19<br>WILMINGTON, DE 19801 | (302) 573-6470<br>(302) 573-6472 FAX |

April 27, 2006

TO:   Counsel

RE:   McCafferty v. On-Site Sourcing, Inc.
      Civil No. 05-106 GMS

Dear Counsel:

    Please submit, via electronic case filing, a jointly prepared status report or a stipulation of dismissal regarding the above-referenced case no later than May 11, 2006.

    Thank you.

                               Very truly yours,

                               /s/

                             Marie McDavid
                             Case Manager to Judge Gregory M. Sleet