**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOHN MCCAFFERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-106 (GMS) |
| v. ) | |
| ) | Trial By Jury Demanded |
| ON-SITE SOURCING, INC., ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

**STIPUATION OF DISMISSAL**

**IT IS HEREBY STIPULATED**, by the parties in the above-captioned matter is hereby dismissed with prejudice.

ABER, GOLDLUST, BAKER & OVER                  BLANK ROME, LLP


  /s/ Gary W. Aber                                            /s/ David K. Sheppard
GARY W. ABER (DSB #754)                       DAVID K. SHEPPARD (DSB #4149)
702 King Street, Suite 600                    1201 Market Street, Suite 800
P.O. Box 1675                                 Wilmington, DE  19801
Wilmington, DE  19899                         (302) 425-6400
(302) 472-4900                                Attorney for Defendant
Attorney for Plaintiff


                                              _____
                                              The Honorable Gregory M. Sleet